Mary A. Searles, appellee, v. Western Life Indemnity Company, appellant. Gen. No. 24,595.
Action to recover on benefit certificate issued by fraternal insurance society. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 31, 1919. Rehearing denied January 20, 1920.

Thomas J. Graydon, for appellant.  Hollett, Sauter & Hollett, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.